| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 4, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (h), I personally served on Defendant **Seritage Growth Properties**, a copy of the Writ of Summons, Complaint and Civil Information Sheet, by mailing these documents to its Resident Agent, The Corporation Trust, Inc. via certified, first-class U.S. mail, with restricted delivery to 2405 York Road, Suite 201, Lutherville, Maryland 21093. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
*Date*

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax:    (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

**EXHIBIT 2**

| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 2, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (a) and (k), I personally served on Defendant **Baltimore County Police Department,** a copy of the Writ of Summons, Complaint, and Civil Information Sheet, by mailing these documents to its Resident Agent, Chief Melissa Hyatt, via certified, first-class U.S. mail, with restricted delivery to 700 East Joppa Road, Towson, Maryland 21204. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
Date

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax: (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

**EXHIBIT 3**

| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 2, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (b), I personally served on Defendant **Police Officer Birkmaier, #5591,** a copy of the Writ of Summons, Complaint, and Civil Information Sheet, by mailing these documents to the Defendant, via certified, first-class U.S. mail, with restricted delivery to 700 East Joppa Road, Towson, Maryland 21286. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
Date

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax: (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

1 of 1

**EXHIBIT 4**

| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 4, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (d), I personally served on Defendant **Sears Holdings Corporation, d/b/a Sears,** a copy of the Writ of Summons, Complaint and Civil Information Sheet, by mailing these documents to its Resident Agent, The Corporation Trust, Inc. via certified, first-class U.S. mail, with restricted delivery to 2405 York Road, Suite 201, Lutherville, Maryland 21093. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
*Date*

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax: (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

1 of 1

**EXHIBIT 5**

| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 4, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (h), I personally served on Defendant **Sears Operations, LLC d/b/a Sears,** a copy of the Writ of Summons, Complaint and Civil Information Sheet, by mailing these documents to its Resident Agent, The Corporation Trust, Inc. via certified, first-class U.S. mail, with restricted delivery to 2405 York Road, Suite 201, Lutherville, Maryland 21093. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
*Date*

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax:    (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

**EXHIBIT 6**

| | | |
|---|---|---|
| SIMARJEET KAUR | * | IN THE CIRCUIT COURT |
| *Plaintiff(s)*, | * | FOR BALTIMORE COUNTY |
| v. | * | CIVIL DIVISION |
| POLICE OFFICER POLLACK #5596, *et al.*,* | | Case No.: C-03-CV-20-004268 |
| *Defendant(s)*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, David C. M. Ledyard, do hereby certify that on January 4, 2021, pursuant to Maryland Rule 2-121(a) and 2-124 (h), I personally served on Defendant **Sears Outlet Stores, LLC d/b/a Sears,** a copy of the Writ of Summons, Complaint and Civil Information Sheet, by mailing these documents to its Resident Agent, The Corporation Trust, Inc. via certified, first-class U.S. mail, with restricted delivery to 2405 York Road, Suite 201, Lutherville, Maryland 21093. I have attached a copy of the return receipt as well as the United States Postal Service receipt confirmation page.

Respectfully submitted,

January 11, 2021
*Date*

By: */s/ David C.M. Ledyard*
David C.M. Ledyard
CPF No.: 0912160165
LEDYARD LAW LLC
1 North Charles Street, Suite 1215
Baltimore, Maryland 21201
Phone: (410) 807-8077
Fax:    (410) 807-8076
david@ledyardlaw.com

*Counsel for Plaintiff*

**EXHIBIT 7**