IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| SIMARJEET KAUR, | * |
| *Plaintiff*, | * |
| v. | *   Case No.: 1:21-cv-00292-SAG |
| POLICE OFFICER POLLACK #5597, et al., | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, pursuant Federal Rules of Civil Procedure 41(a)(1) and this Court's June 14, 2021 Order (Document #25), by their undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice as to all counts and claims for the following named Defendants:

(1) Seritage Growth Properties, L.P.
(2) Seritage Growth Properties
(3) Seritage KMT Finance LLC
(4) Seritage SRC Finance LLC
(5) Palmer Recovery Attorneys PLLC
(6) PRA Law Firm PLLC
(7) Barry Rigby, Esquire

The case continues against all other defendants.  Each party to pay its own costs.

          Respectfully Submitted,

          **LEDYARD LAW LLC**

By: /s/ David C.M. Ledyard
    David C.M. Ledyard
    Federal Bar No.: 29198
    1 North Charles Street, Suite 1215
    Baltimore, Maryland 21201
    Phone:  (410) 807-8077
    Fax:     (410) 807-8076
    david@ledyardlaw.com

    *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 14th Day of July 2021, I filed with the Court and served a copy of Plaintiffs' Voluntary Dismissal, via CM/ECF, on:

Jordan V. Watts, Jr., Esquire
Assistant County Attorney
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204
aackerman@baltimorecountymd.gov
asmith2@baltimorecountymd.gov

*Counsel for Defendants Baltimore County, Maryland, Baltimore County Police Department, and Officer Cameron Birkmaier, Officer Stephanie Pollack*

Michael Pivor, Esquire
KIERNAN TREBACH, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
mpivor@kiernantrebach.com
*Counsel for Defendant Sears, Roebuck & Co. and Jeffrey Markowski*

The Corporation Trust, Incorporated
1209 Orange Street
Wilmington, Delaware 19801
*Resident Agent for Defendants Seritage Growth Properties, LP, Seritage KMT Finance LLC, and Seritage SRC Finance LLC*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville-Timonium, Maryland 21093-2264
*Resident Agent for Defendants Seritage Growth Properties*

Aaron James Morse
260 Wekiva Springs Road, Suite 2090
Longwood, Florida 32779-3699
*Resident Agent for Palmer Recovery Attorneys, PLLC*

Barry Rigby, Esquire
LAW OFFICES OF BARRY RIGBY, P.A.
2462 East Michigan Street, Suite 208
Orlando, Florida 32806
barryrigbylaw@gmail.com
*Named Defendant and Resident Agent for PRA Law Firm, PLLC*

/s/ David C.M. Ledyard
David C.M. Ledyard